# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freudenthal, Nancy D. | District Court - Wyoming | 04/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Office of Judge Freudenthal
2120 Capitol Ave.
Cheyenne, WY 82001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Representative | UW Art Museum National Advisory Board |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | State of Wyoming Retirement Plan with former employer, no control, agreement signed in 2003. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | University of Wyoming - salary |
| 2. | 2012 | Crowell & Moring - salary |
| 3. | 2012 | Arch Coal, Inc. - director income |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 8-10, 2012 | Washington, DC | Board meeting | transportation, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Freudenthal, Nancy D. | 04/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Cheyenne Family YMCA | Family membership | $583.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | MassMutual | Loan against life insurance policy | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Meridian Trust FCU cash account #1 | A | Interest | K | T | | | | | |
| 2. Ameriprise cash equivalents | A | Int./Div. | K | T | | | | | |
| 3. INDZX | A | Dividend | J | T | | | | | |
| 4. INUTX | A | Dividend | J | T | | | | | |
| 5. RiverSource Life Annuity | A | Int./Div. | M | T | | | | | |
| 6. RiverSource Life Annuity IRA | A | Int./Div. | M | T | | | | | |
| 7. RiverSource Life Annuity IRA | A | Int./Div. | N | T | | | | | |
| 8. Deferred Comp BGI LifePath Ind. 2035 Fund M | A | Int./Div. | | | Merged (with line 7) | 09/14/12 | J | | |
| 9. Mass Mutual Life Insurance | C | Dividend | K | T | | | | | |
| 10. ING Life Insurance | B | Interest | K | T | | | | | |
| 11. Stifel Nicolaus Cash Equivalents (Trust #1) | A | Interest | J | T | | | | | |
| 12. BMY Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 13. GMR Stock (Trust #1) | A | Int./Div. | | | Sold | 05/24/12 | J | | |
| 14. GE Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 15. HD Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 16. INTC Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 17. MSFT Stock (Trust #1) | A | Dividend | | | Sold | 11/27/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PEP Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 19. SLE Stock (Trust #1) | A | Dividend | | | Sold | 4/11/12 | J | C | |
| 20. TWX Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 21. YUM Stock (Trust #1) | A | Dividend | | | Sold | 04/11/12 | J | D | |
| 22. MMM Stock (Trust #1) | A | Dividend | J | T | | | | | |
| 23. BGR Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 24. EOI Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 25. EOS Mutual Fund (Trust #1) | B | Dividend | J | T | | | | | |
| 26. EXG Mutual Fund (Trust #1) | A | Dividend | J | T | | | | | |
| 27. ETJ Mutual Fund (Trust #1) | C | Dividend | K | T | | | | | |
| 28. KYE Mutual Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 29. Amer Funds Capital World Growth & Inc Fund CL A-Trust #1 | A | Dividend | J | T | | | | | |
| 30. FT Templeton Growth A (Trust #1) | A | Dividend | K | T | | | | | |
| 31. Hartford Capital Appreciation Fund CL A (Trust #1) | A | Int./Div. | J | T | | | | | |
| 32. Lord Abbett Developing Growth Fund CL A (Trust #1) | A | Int./Div. | K | T | | | | | |
| 33. Thornburg Value Fund A (Trust #1) | A | Int./Div. | J | T | | | | | |
| 34. DOM investment (Trust #1) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNTS Pathfinders treasury & Growth Stock Series 31 (Trust #1 | A | Dividend | K | T | | | | | |
| 36. FT Templeton Global Bond A (Trust #1) | A | Dividend | J | T | Sold (part) | 11/27/12 | J | A | |
| 37. CRP securities (Trust #1) | B | Dividend | J | T | | | | | |
| 38. RBSPRM Securities (Trust #1) | A | Dividend | J | T | | | | | |
| 39. RBSPRQ Securities (Trust #1) | A | Dividend | J | T | | | | | |
| 40. WFCPRJ Securities (Trust #1) | B | Dividend | K | T | | | | | |
| 41. Residential property, Cody, Park County, Wyoming (Trust #1) | | None | M | S | | | | | |
| 42. Rental property, Cody, Park County, Wyoming (Trust #1) | C | Rent | K | S | | | | | |
| 43. North Carolina HSG Fin Agy Bonds (Trust #1) | A | Int./Div. | J | T | | | | | |
| 44. WCDA Housing Bonds (Trust #1) | A | Int./Div. | K | T | | | | | |
| 45. CAIBX mutual fund (Trust #1) | A | Dividend | K | T | | | | | |
| 46. FITAX mutual fund (Trust #1) | A | Int./Div. | J | T | | | | | |
| 47. FKINX mutual fund (Trust #1) | B | Dividend | K | T | | | | | |
| 48. AMECX mutual fund (Trust #1) | A | Int./Div. | J | T | | | | | |
| 49. Edward Jones Money Market (Trust #1) | A | Interest | J | T | | | | | |
| 50. Meridian Trust FCU cash account #2 | A | Interest | K | T | | | | | |
| 51. Active Diversified Alternatives MOD, IRA | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freudenthal, Nancy D. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HFLAX (Trust #1) | B | Int./Div. | K | T | | | | | |
| 53. Casper WY Cmnty Col. Rev Bonds (Trust #1) | A | Interest | J | T | | | | | |
| 54. Oregon Trail Bank cash account | A | Interest | J | T | | | | | |
| 55. Fidelity Investments | A | Interest | J | T | | | | | |
| 56. Arch Coal, Inc. Retirement Account | A | Int./Div. | L | T | | | | | |
| 57. Franklin Universal Trust (Trust #1) | A | Int./Div. | J | T | | | | | |
| 58. Jefferies Group Inc New Senior Note (Trust #1) | A | Int./Div. | K | T | Buy | 04/11/12 | K | | |
| 59. Carbon Cty School Dist. GO Bonds (Trust #1) | A | Int./Div. | J | T | Buy | 6/12/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Freudenthal, Nancy D. | 04/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, #1 - I have received an opinion from the Judicial Ethics Committee allowing receipt and use of this membership gift.

Part VII, #41 - The value of the residential property located in Cody, Park County, Wyoming has been estimated using the Park County Assessor's 2013 estimate of fair market value of $193,775.

Part VII, #42 - The value of the rental property located in Cody, Park County, Wyoming has been estimated using the Park County Assessor's 2013 estimate of fair market value of $43,814.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy D. Freudenthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544